IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**ALBERT CARTER,**

    Plaintiff,

v.                                                              Civil Action No. **3:18CV801**

**STACEY KINCAID,**

    Defendant.

## MEMORANDUM OPINION

By Memorandum Order entered on April 26, 2019, the Court directed the Marshal to serve the Defendant. On May 22, 2019, the United States Postal Service returned the April 26, 2019 Memorandum Order to the Court marked, "RETURN TO SENDER," because Plaintiff apparently relocated. Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                                      /s/
                                          M. Hannah Lauck
                                          United States District Judge

Date: 6/21/19
Richmond, Virginia